**Order entered March 18, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01536-CV

## IN THE INTEREST OF A.P., M.P., N.J., F.J., AND A.J., CHILDREN

**On Appeal from the County Court**
**Kaufman County, Texas**
**Trial Court Cause No. 100802CC**

### ORDER

Before the Court is appellee's March 12, 2020 motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **April 1, 2020**.

/s/    KEN MOLBERG
JUSTICE